Chief Judge Marsha J. Pechman

13-CR-00081-PRO

___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

JUL 23 2013

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                              DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | ) No. CR13-0081MJP |
|---|---|
| Plaintiff, | ) |
| v. | ) ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT, AND NOTICE OF SENTENCING |
| SANTIAGO ZAYCO, | ) |
| Defendant. | ) |

This Court, having considered the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, and subject to consideration of the Plea Agreement pursuant to Fed. R. Crim. P. 11(c)(3), hereby accepts the plea of guilty of the Defendant to Count One and Count Ten contained in the Indictment, and the Defendant is adjudged guilty of such offense. All parties shall appear before this Court for sentencing as directed.

IT IS SO ORDERED this ____ day of _____, 2013.

UNITED STATES DISTRICT JUDGE

RULE 11 PLEA/ZAYCO
No. CR13-0081MJP

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970