Chief Judge Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. CR13-0081MJP ) |
| v. | ) **ACCEPTANCE OF PLEA OF** ) **GUILTY, ADJUDICATION OF** ) **GUILT, AND NOTICE OF** |
| SANTIAGO ZAYCO, | ) **SENTENCING** ) |
| Defendant. | ) |

This Court, having considered the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, and subject to consideration of the Plea Agreement pursuant to Fed. R. Crim. P. 11(c)(3), hereby accepts the plea of guilty of the Defendant to Count One and Count Ten contained in the Indictment, and the Defendant is adjudged guilty of such offense. All parties shall appear before this Court for sentencing as directed.

IT IS SO ORDERED this __7th__ day of __Aug.__, 2013.

*[signature]*
UNITED STATES DISTRICT JUDGE

13-CR-00081-CJA

RULE 11 PLEA/ZAYCO
No. CR13-0081MJP

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970